### STATE OF INDIANA v. COLVIN.

[No. 23,041.   Filed May 31, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against Harry B. Colvin. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg*, Attorney-General, *Omer S. Jackson* and *Wilbur T. Gruber*, for the State.

*Davis, Bogart, Royse & Moore, Cunningham & Ortmeyer, Hunt & Gambill, John W. Lindley* and *Walter F. Wood*, for appellee.

ERWIN, C. J.—The same questions are presented in this cause as were considered and decided in *State* v. *Bedford* (1917), *ante* 297, 116 N. E. 423, at the present term of this court. On the authority of that cause the judgment is affirmed.

---

### STATE OF INDIANA v. FORNEAR.

[No. 23,036.   Filed May 31, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against George Fornear. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg*, Attorney-General, and *M. L. Pigg*, for the State.

*John W. Lindley* and *Walter F. Wood*, for appellee.

ERWIN, C. J.—The same questions are presented in this cause as were considered and decided in *State* v. *Bedford* (1917), *ante* 297, 116 N. E. 423, at this present term. On the authority of that cause the judgment is affirmed.

---

### STATE OF INDIANA v. BUCZCK.

[No. 23,035.   Filed May 31, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against Peter Buczck. From a judgment quashing the indictment, the State appeals. *Affirmed.*